LEONARD E. BUSSHART et al., Respondents, v JOHN H. PARK et al., Appellants.—Order unanimously affirmed, with costs. Memorandum: Defendants appeal from an order denying the motion for a protective order and directing that defendant Parks be deposed in this medical malpractice action. While CPLR 4501 does not require a witness to give an answer which will tend to accuse himself of a crime or to expose him to a penalty or forfeiture, it does not excuse a party from responding to relevant questions to establish "that he owes a debt or is otherwise subject to a civil suit."

Since the possible sanction flowing from defendant's disciplinary investigation does not constitute a "penalty or forfeiture" (*see, Matter of Anonymous Attorneys,* 41 NY2d 506; *Matter of Greco v Board of Examiners,* 91 AD2d 1108, *affd* 60 NY2d 709; *Matter of Miles v Nyquist,* 60 AD2d 133), Special Term properly directed that he participate in an examination before trial. (Appeal from order of Supreme Court, Erie County, Gossel, J.—stay deposition.) Present—Callahan, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.